# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACQUEL LEWIS,           : | |
|     Plaintiff,           : | |
|                     : | |
| v.                       : | CIVIL ACTION NO. 23-CV-0080 |
|                     : | |
| CITY OF PHILADELPHIA POLICE,   : | |
| LAW ENFORCEMENT,         : | |
|     Defendant.          : | |

## ORDER

AND NOW, this 23rd day of January, 2023, upon consideration of Plaintiff Racquel Lewis's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion for Injunctive Relief (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is finally **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Lewis's claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

    b. Claims raised on behalf of anyone other than Lewis are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

4. The Motion for Injunctive Relief is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:
/s/ John R. Padova

_____
**JOHN R. PADOVA, J.**